**Mitchell Carlton SIMS, Petitioner–
Appellant,**

**v.**

Jill BROWN, Warden,* Respondent–
Appellee.

No. 03–99007.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 9, 2005.

Filed Sept. 21, 2005.

Amended Dec. 8, 2005.

Trevor W. Morrison and John H. Blume, Cornell Law School, Ithaca, NY, for the petitioner-appellant.

David F. Glassman, Deputy Attorney General, Los Angeles, CA, for the respondent-appellee.

Before B. FLETCHER, RYMER, and FISHER, Circuit Judges.

## ORDER

The majority opinion filed September 21, 2005, is amended as follows:

Page 13519, line 6: delete sentence beginning with "Indeed, Sims submitted no evidence...."

With this amendment, the majority of the panel votes to deny the petition for rehearing. Judges Rymer and Fisher vote to deny the petition for rehearing en banc. Judge B. Fletcher would grant the panel rehearing and recommends en banc rehearing.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested on wheth-

---

* Jill Brown is substituted for her predecessor, Jeanne Woodford, pursuant to Fed. R. App. P.

er to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing and petition for rehearing en banc are DENIED.